## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stewart, Kenwin L
Stewart, Erica P
Printed: 11/18/08

Case Number:  07 B 02519
Judge:  Hollis, Pamela S
Filed:  2/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  October 6, 2008
Confirmed:  May 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,550.00 |  |
| Secured: |  | 5,567.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 482.60 |
| Other Funds: |  | 0.00 |
| Totals: | 8,550.00 | 8,550.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 2,500.00 | 2,500.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 15,892.90 | 4,892.20 |
| 5. | Citi Residential Lending Inc | Secured | 25,574.64 | 675.20 |
| 6. | Guaranty Bank | Unsecured | 195.28 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 186.63 | 0.00 |
| 8. | St James & St Margaret Mercy | Unsecured | 595.42 | 0.00 |
| 9. | National Capital Management | Unsecured | 98.45 | 0.00 |
| 10. | T Mobile USA | Unsecured | 43.96 | 0.00 |
| 11. | ACC International | Unsecured | 487.12 | 0.00 |
| 12. | Global Payments | Unsecured | 340.01 | 0.00 |
| 13. | Cardiovascular Consultants | Unsecured | 25.20 | 0.00 |
| 14. | Cardiovascular Consultants | Unsecured | 52.89 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 57.40 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 34.07 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 481.60 | 0.00 |
| 18. | Nicor Gas | Unsecured | 845.39 | 0.00 |
| 19. | Commonwealth Edison | Unsecured | 415.63 | 0.00 |
| 20. | Comcast | Unsecured | | No Claim Filed |
| 21. | Echo | Unsecured | | No Claim Filed |
| 22. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 23. | SBC | Unsecured | | No Claim Filed |
| 24. | Skyline Disposal | Unsecured | | No Claim Filed |
| 25. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 26. | TJ Maxx | Unsecured | | No Claim Filed |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stewart, Kenwin L
Stewart, Erica P
Printed: 11/18/08

Case Number:  07 B 02519
Judge:  Hollis, Pamela S
Filed:  2/13/07

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 47,826.59 | $ 8,067.40 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 359.10 |
| 6.5% | 123.50 |
| | $ 482.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

